**Order entered September 26, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00538-CV

**GWENDOLYN BYARS, Appellant**

**V.**

**MANUEL H. ORNELAS, Appellee**

**On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-18-01578-E**

## ORDER

Before the Court is appellant's September 24, 2018 motion for an extension of time to file a jurisdictional letter brief. We **GRANT** the motion and extend the time to **October 8, 2018**.

/s/ ADA BROWN
   JUSTICE